# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JONATHAN CLARK, | CASE NO. CV 17-8381 RGK (SS) |
|---|---|
| Petitioner, | |
| v. | **JUDGMENT** |
| DANIEL PARAMO, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the above-captioned action is dismissed with prejudice.

DATED: January 24, 2019

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE